FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 SEP 30 AM 11: 37
OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

Division

Shae Barnes

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Omaha Police Department

Anthony Barnes, Deandre E. Preston

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 8:26CV580
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [X] Yes [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shae Barnes/Shea Barnes |
| Address | 4505 Curtis Ave |
| | Omaha (City) NE (State) 68104 (Zip Code) |
| County | Douglas |
| Telephone Number | 531-666-8049 or 402-800-7993 |
| E-Mail Address | letgoletgod2023@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Anthony Barnes / 2149 shield# |
| Job or Title *(if known)* | Police Officer |
| Address | |
| | Omaha (City) NE (State) (Zip Code) |
| County | Douglas |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Deandre E Preston / 2460 shield# |
| Job or Title *(if known)* | Police Officer |
| Address | |
| | Omaha (City) NE (State) (Zip Code) |
| County | Douglas County |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☑ Individual capacity ☐ Official capacity

Defendant No. 3

Name: Omaha Police Department

Job or Title *(if known)*: Police Nebraska of Omaha

Address:

City: Omaha State: NE Zip Code:

County: Douglas County

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name:

Job or Title *(if known)*:

Address:

City: State: Zip Code:

County:

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☐ Official capacity

**II. Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Improper Procedure, Excessive force, Racial Profiling, and Police Brutality

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Anthony Barne tazed me in the back while walking and talking on the phone. Then tazed me again while on ground. then transport me to vehicle and Twisted my right arm aggressively. Deandre Preston forearmed me in the head on left side while transporting me to car. and was verbally and physically aggressive. Anthony also grabbed my neck in police vehicle. excessive force, police brutality, Improper procedure

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? around 3102 Nth 97th st. apt 104 behind Apartment Complex. on the sidewalk and inbetween Cars as I was transported and in police vehicle.

B. What date and approximate time did the events giving rise to your claim(s) occur?

08/13/26 to 08/14/26 / time inbetween 11:30pm to 1am

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I got tazed in back by Anthony Barnes while walking and talking on cell phone to my girl. while I fail and hit the ground I got tazed again in my back. While on ground Deandre Preston had his knee in my back. While transported Anthony and Deandre, verbally and physically abuse me aggresively. Deandre forearmed me in the head and Anthony twisted my right arm aggressively, while in the car Anthony grabbed my neck and aggresively pulled on it.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. back pain, arm pain, and neck pain. Trauma from electric shock. twice of Night males paranoia, and hearing voices and talking to myself out loud. Sleep deprived. In the County Corrections I got Xray of shoulder, neck, and back, Also mental heatth presribe 100mg of Zoloft.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Police officers to get better training and/or get fired. Also reward me $13,000,000 for my trauma and could be permanent marks on my back. please.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/30/2026

Signature of Plaintiff Shae Barnes

Printed Name of Plaintiff Shae Barnes

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Address ______

______ City ______ State ______ Zip Code

Telephone Number ______

E-mail Address ______